# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>I.G., a minor,<br><br>　　　　　Defendant. | CASE NO.: 2:19-cv-02958 DSF<br><br>JUDGE: Dale S. Fischer<br><br>CTRM: 7D<br><br>[ORDER OF DISMISSAL |
| S.G. and N.G. on behalf of their minor daughter, I.G.,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Counter-Defendant. | |

1
ORDER OF DISMISSAL

The Court, having received and reviewed the Stipulation Requesting The Court To Dismiss This Case, and all papers in support thereof, THE COURT HEREBY **DISMISSES** THE COMPLAINT against defendant I.G. and the COUNTERCLAIM against counter-defendant Long Beach Unified School District with prejudice.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE